UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PAOLA NEGRON VIDAURRE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUANIMITY BEHAVIORAL SERVICES CO., a Florida Profit Corporation, and KELLY NEGRON, an individual,<br><br>Defendant. | Case No. 0:21-cv-61522 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Ashwin R. Trehan, Esquire, of Spire Law, LLC, as counsel of record for the Defendants Equanimity Behavioral Health Service Co., and Kelly Negron.

Dated this 9th day of September, 2021

                                  Respectfully submitted,

                                  Spire Law, LLC
                                  2572 W. State Road 426, Suite 2088
                                  Oviedo, Florida 32765

By:   */s/ Ashwin R. Trehan*
        Ashwin R. Trehan, Esq.
        Florida Bar No. 42675
        ashwin@spirelawfirm.com
        sarah@spirelawfirm.com
        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 9th day of September, 2021., the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Robert W. Brock II, Esquire at BrockLegalTeam@gmail.com at the Law Office of Robert W. Brock II, 10074 E. Bay Harbor Dr. Ste 74D Bay Harbor Islands, FL 33154.

*/s/ Ashwin R. Trehan*
Attorney