UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61522-RAR

**PAOLA NEGRON VIDAURRE**,

    Plaintiff,

v.

**KELLY NEGRON**, *et al.*,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Joint Motion to Approve Settlement and Dismiss Action with Prejudice [ECF No. 37] ("Motion"). The Court having carefully reviewed the Motion, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff alleges that Defendants violated the Fair Labor Standards Act, 29 U.S.C. section 201 *et seq.* ("FLSA"), by failing to pay her alleged unpaid wage compensation. Plaintiff also asserts a claim of retaliation under the FLSA. Defendants vigorously deny any wrongdoing and further deny that Plaintiff is entitled to any relief whatsoever. The parties agree, and the Court finds, that there are bona fide, good faith disputes as to both liability and damages regarding Plaintiff's claims.

2. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the Court finds that the parties' settlement is a fair and reasonable compromise of Plaintiff's claims.

3. The parties' settlement is **APPROVED**, and this action is **DISMISSED** *with prejudice*, with each party to bear their own attorney's fees and costs except as set forth in the parties' settlement agreement. The Court reserves jurisdiction to enforce the parties' settlement agreement.

4. The Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**