## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-61522-RAR

**PAOLA NEGRON VIDAURRE,**

     Plaintiff,

v.

**KELLY NEGRON,**

     Defendant.

_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record.  On July 4, 2025, Plaintiff filed a Motion to Enforce Settlement Agreement and for Entry of Stipulated Final Judgment ("Motion").  *See* [ECF No. 39].  On July 8, 2025, the Court entered an order scheduling a hearing on the Motion for **July 31, 2025 at 11:00 A.M.**  *See* [ECF No. 40].  On July 16, 2025, Plaintiff filed a Notice of Service to Defendant of Motion alerting the Court that she had served the Motion upon Defendant by certified USPS mail at the two different addresses on record after not hearing back from Defendant's attorney of record.  *See* [ECF No. 41].  Defendant's response was due on or before July 18, 2025.  To date, Defendant has not filed a response.  It is therefore

**ORDERED AND ADJUDGED** that Defendant shall file a response to the Motion **on or before July 30, 2025** and show good cause for her failure to timely file a response or answer. Failure to do so will result in the entry of default against Defendant without further notice.  Plaintiff shall serve this Order on Defendant and file proof of service thereof **on or before July 28, 2025**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**